**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: October 23, 2009**

_____

```
200751142
(ajt)
                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO
                            AT CINCINNATI

IN RE:                            │ Case No. 07-15125
                                  │
Sherry D. Wesley                  │ Chapter 13
                                  │ Judge Aug
              Debtor              │
                                  │
                                  │ ORDER GRANTING FINAL MODIFICATION OF
                                  │ AUTOMATIC STAY TO U.S. BANK N.A.
                                  │ SUCCESSOR BY MERGER TO THE LEADER
                                  │ MORTGAGE COMPANY (PROPERTY ADDRESS:
                                  │ 3280 WEST GALBRAITH ROAD, CINCINNATI,
                                  │ OHIO 45239)
```

This matter is before the Court upon the Agreed Order on Motion for Relief From Stay of U.S. Bank N.A. successor by merger to The Leader Mortgage Company ("Creditor") filed herein on April 8, 2009 as document #32; and upon the Affidavit of Default dated October 12, 2009 by Olivia Todd of Creditor; and it appearing to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate owned by

the debtor and located at 3280 West Galbraith Road, Cincinnati, OH 45239, which mortgage loan obligation is in default; and it further appearing that said debtors have failed to comply with the terms of the Agreed Order on Motion for Relief From Stay filed herein on April 8, 2009, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly,

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code shall be, and hereby is, terminated in all respects as against the Creditor, its successors and assigns.


/s/ Michael R. Proctor_____
Michael R. Proctor, Case Attorney
Ohio Supreme Court #0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 Fax
sohbk@lsrlaw.com

COPIES TO:

Sherry D. Wesley
3280 West Galbraith Road
Cincinnati, Ohio 45239

Beneficial
P.O. Box 60175
City of Industry, California 91714

Rebecca S. Lindner, Esq.
5451 North Bend Road
Suite 105B
Cincinnati, Ohio 45247

Margaret A. Burks, Trustee
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202

Office of the U.S. Trustee
36 East Seventh Street, Suite 2030
Cincinnati, OH  45202

Michael R. Proctor, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

###